Russell M. Selmont (SBN 252522)
rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Defendants and Counterclaimants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSES CHOI, an individual; and SOUTHEAST REGIONAL CENTER, LLC, a Georgia limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; YOUNG HUN KIM, an individual; 8TH BRIDGE CAPITAL, LLC, a California limited liability company; MANHATTAN REAL ESTATE FUND GP, LLC, a Delaware limited liability company; MANHATTAN REAL ESTATE FUND, LP, a Delaware limited partnership; MANHATTAN REAL ESTATE FUND II, LP, a Delaware limited partnership; MANHATTAN REAL ESTATE EQUITY FUND, LP, a Delaware limited partnership; and PATRICK JONGWON CHANG, an individual.<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:17-cv-8958-CAS (AFMx)<br><br>*Hon. Christina A. Snyder – Crtrm 8D*<br><br>**DECLARATION OF YOUNG HUN KIM IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM**<br><br>Date: July 16, 2018<br>Time: 10:00 a.m.<br>Ctrm: 8D<br><br>*Action Filed: December 13, 2017* |

16337.1:9286475.1

1

DECLARATION OF YOUNG HUN KIM

**DECLARATION OF YOUNG HUN KIM**

I, Young Hun Kim, hereby declare as follows:

1. I am a defendant and counterclaimant in the instant action. I am the principal of both 8th Bridge Capital, Inc and 8th Bridge Capital, LLC. I have personal knowledge of the facts set forth herein and if called as a witness, I would and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the draft term sheet I sent Moses Choi on October 6, 2015. Under the "Initial Projects" heading, it lists SRC Ajin Wooshin Fund. The proposed partnership we had discussed earlier that year always included not only my companies' EB-5 projects, including the Ace Hotel project, but also Moses and SRC's Ajin manufacturing EB-5 project as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of June, 2018 at Los Angeles, California.

_____
Young Kim

# EXHIBIT A

# EXHIBIT A

# 8TH BRIDGE CAPITAL
INVESTMENT | FINANCING | EB-5 PROGRAM

*Private & Confidential*                                                                                                October 6, 2015

Mr. Moses Choi
4197 Pleasant Hill Road, Suite 100
Atlanta, GA 30096

**Re: Indicative Terms for Collaboration Agreement between Moses Choi (MC) and Young Kim (YK)**

MC and YK each referred to as the "Party" or collectively as "the Parties".

The Parties will enter into a Collaboration Agreement stating their intention to collaborate on a variety of activities in support of the common objectives of MC's and YK's business activities in connection with the EB-5 program. This Term Sheet seeks to build on the Collaboration Agreement and provide a strategic framework to achieve the stated objectives expressed by the Parties.

The principal terms of the Parties' collaboration are as follows:

(1) **Objectives:**
MC and YK will work together as the Parties recognize the importance of synergy by sharing each Party's expertise and experiences to capture future business opportunities. A prime initial object will be to delivery EB-5 investors for the Initial Projects. The Parties would also like to establish a platform to produce its own content and unlock other alternative business opportunities between US and China.

(2) **Company Structure:**
MC and YK will form a New Holding Co, LLC (the "Company") and the percentage of membership interest for MC is [   ]% and YK is [   ]%. ==The distribution of profits will be determined by YK for up to 50% of the Company.==



**8TH BRIDGE CAPITAL**
INVESTMENT | FINANCING | EB-5 PROGRAM

(3) **Place of Business:**
The Company will be located in Los Angeles Downtown, CA.  A new office space shall be identified and fully occupied by December 31, 2015

(4) **Areas of Collaboration:**
The Parties have identified the following areas where their collaboration and partnership could create.
- US: Structuring / Investment Banking Unit: Oversee and manage developer relationship and source projects.
- CHINA: Marketing / Syndication Unit: Oversee and manage foreign migration agent relationship including assistance on Source of Fund processing, and source investors.
- Work toward to form an EB-5 Learning Education Center
- Work towards to form a foreign a Private Equity Fund

(5) **Initial Projects:**
The Parties will commence their collaboration on the following initial Projects.
- SRC Ajin-Wooshin Fund, GA: $[15] EB-5
- The Ace Hotel, NY: $20MM EB-5
- Green Land Metropolis, LA: $189MM EB-5 (only applicable in Korea and Vietnam Markets)
- Shenlong Group's Grand Residency, LA: $30MM EB-5

(6) **Future Projects:**
The Parties will work together to achieve the goals of the relationship.  Beyond the Initial Projects, such collaboration will include identifying further possible areas of collaboration and EB-5 qualified projects.

(7) **Decision-Making and Communication:**
All significant decisions regarding the collaboration will require agreement by MC and YK.  Significant decisions will include decisions regarding strategic planning, eligibility for services provided through collaboration, the nature the services to be provided, and decisions regarding seeking and using funding to carry out collaboration activities.  The Parties will have <u>a weekly call regularly and meet no less than once every month</u> to discuss the progress or the collaborative effort and regularly share feedback from their respective activities in order to ensure clear communication, and problem resolution. Such calls and meetings will provide a forum for the Parties to exchange information about new initiatives and opportunities to collaborate in the context of the goals of the partnership.

(8) **Initial Capital Contribution:**
MC agrees to make the Initial Capital Contribution to the Company an amount equal to $[ ].

(9) **Payroll:**
The Company will make monthly payrolls for the following persons.
- $[ ] to MC
- $10,000 to YK
- $5,000 to Alex Youm

Beginning on [mm/dd/yr], each subsequent payment will be paid on the first business day of the month.  After the first anniversary year, MC and YK will discuss for a possible market rate adjustment.

(10) **Travel and Business Expenses:**
The Company will pre-pay or reimburse the Parties' travel and business expenses up to the following monthly allowance unless otherwise approved by the each Party.
- MC: $[ ] monthly
- YK: $[ ] monthly

(11) **Term and Termination:**

_____

 **8TH BRIDGE CAPITAL**
INVESTMENT | FINANCING | EB-5 PROGRAM

This Term Sheet remains in effect for five (5) years unless otherwise terminated by either Party. Either Party may terminate for convenience at any time by giving not less than sixty (60) days' prior written notice.

**(12)   Extension or Amendment of this Term Sheet**

This Term Sheet may be extended or amended only through unanimous agreement by MC and YK. The decision to amend or extend the agreement, and language describing the agreed upon changes, shall be documented in writing and the signatures of the each Party.

The Parties will negotiate in good faith to finalize the terms of any subsequent agreement(s) that are required to give effect to a specific project or the undertakings set out in this Term Sheet. This Term Sheet is confidential and is delivered to you with the understanding that any of the terms and substance shall not be disclosed, directly or indirectly, to any other person or entity except to your employees, agents and advisors who are directly involved in the consideration of this matter.

I am pleased to have the opportunity to work with you.

Sincerely,


_____
By: Moses Choi



_____
By: Young Kim