Russell M. Selmont (SBN 252522)
rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Defendants and Counter-Claimants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSES CHOI; and SOUTHEAST REGIONAL CENTER, LLC,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>8TH BRIDGE CAPITAL, INC.; YOUNG HUN KIM; 8TH BRIDGE CAPITAL, LLC; MANHATTAN REAL ESTATE FUND GP, LLC; MANHATTAN REAL ESTATE FUND, LP; MANHATTAN REAL ESTATE FUND II, LP; MANHATTAN REAL ESTATE EQUITY FUND, LP; and PATRICK JONGWON CHANG,<br><br>　　　　Defendants. | Case No. 2:17-cv-8958-CAS (AFMx)<br><br>*Hon. Christina A. Snyder – Crtrm 8D*<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT & COUNTERCLAIMANT PATRICK CHANG FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　October 7, 2019<br>Time:　　10:00<br>Crtrm:　　8D<br><br>*Action Filed: December 13, 2017* |
| 8TH BRIDGE CAPITAL, INC.; 8TH BRIDGE CAPITAL, LLC; YOUNG HUN KIM; and PATRICK JONGWON CHANG,<br><br>　　　　Counter-Claimants,<br>　　v.<br><br>MOSES CHOI; SOUTHEAST REGIONAL CENTER, LLC; SRC AJIN FUND I, LLC; SRC AJIN FUND II, LLC; SRC AJIN FUND III, LLC; SRC AJIN-WOOSHIN FUND IV, LLC and SRC AJIN-WOOSHIN FUND V, LLC,<br><br>　　　　Counter-Defendants | |

16337.1:9669922.1

[PROPOSED] ORDER RE MOTION FOR JUDGMENT ON THE PLEADINGS

The Motion of Defendant and Counter-claimant PATRICK JONGWON CHANG ("Chang") for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12 (the "Motion") came on for hearing on October 7, 2019 at 10:00 a.m. before the Hon. Christina A. Snyder, United States District Judge.  The Court having considered the Motion, all documents filed in support of the Motion, any opposition and replies thereto, and arguments at the time of hearing, if any, and being fully advised in the matter:

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED;

2. The Court dismisses all claims against Chang and enters judgment on his behalf with respect to the First Amended Complaint.

**SO ORDERED.**

DATE: _____          _____
                                HON. CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE