# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSES CHOI, an individual; and SOUTHEAST REGIONAL CENTER, LLC, a Georgia limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; YOUNG HUN KIM, an individual; 8TH BRIDGE CAPITAL, LLC, a California limited liability company; MANHATTAN REAL ESTATE FUND GP, LLC, a Delaware limited liability company; MANHATTAN REAL ESTATE FUND, LP, a Delaware limited partnership; MANHATTAN REAL ESTATE FUND II, LP, a Delaware limited partnership; MANHATTAN REAL ESTATE EQUITY FUND, LP, a Delaware limited partnership; and PATRICK JONGWON CHANG, an individual.<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS | **Case No. 2:17-cv-8958-CAS(AFMx)**<br>*Hon. Christina A. Snyder*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS PLAINTIFFS' EIGHTH CLAIM FOR RELIEF FOR VIOLATION OF THE DEFEND TRADE SECRETS ACT AND NINTH CLAIM FOR RELIEF FOR VIOLATION OF THE CALIFORNIA UNIFORM TRADE SECRETS ACT** |

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. Plaintiffs' Eighth and Ninth Claims for Relief within the First Amended Complaint, for Violation of the Defend Trade Secrets Act and Violation of the California Uniform Trade Secrets Act, respectively, are hereby DISMISSED WITHOUT PREJUDICE.

2. With respect to these dismissed claims, the parties each are to bear their own costs and attorney's fees.

Dated: September 6, 2019

*/s/ Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE