Case 2:17-cv-08958-CAS-AFM   Document 146-4   Filed 02/18/20   Page 1 of 3   Page ID
#:4286

| | |
|---|---|
| 1 | Russell M. Selmont (SBN 252522) |
| | rselmont@ecjlaw.com |
| 2 | Patrick Emerson McCormick (SBN 307298) |
| | pmccormick@ecjlaw.com |
| 3 | **ERVIN COHEN & JESSUP LLP** |
| | 9401 Wilshire Boulevard, Ninth Floor |
| 4 | Beverly Hills, California 90212-2974 |
| | Telephone (310) 273-6333 |
| 5 | Facsimile (310) 859-2325 |

Attorneys for Defendants and Counter-Claimants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSES CHOI; and SOUTHEAST REGIONAL CENTER, LLC, | Case No. 2:17-cv-8958-CAS (AFMx) |
| Plaintiffs, | *Hon. Christina A. Snyder – Crtrm 8D* |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS AND COUNTERCLAIMANTS** |
| 8TH BRIDGE CAPITAL, INC.; YOUNG HUN KIM; 8TH BRIDGE CAPITAL, LLC; MANHATTAN REAL ESTATE FUND GP, LLC; MANHATTAN REAL ESTATE FUND, LP; MANHATTAN REAL ESTATE FUND II, LP; MANHATTAN REAL ESTATE EQUITY FUND, LP; and PATRICK JONGWON CHANG, | Filed Concurrently with notice of motion and motion for summary judgment; separate statement of undisputed facts; declaration of russell m. selmont; declaration of young hun kim |
| Defendants. | Date: March 16, 2020 |
| | Time: 10:00 a.m. |
| | Crtrm.: 8D |
| 8TH BRIDGE CAPITAL, INC.; 8TH BRIDGE CAPITAL, LLC; YOUNG HUN KIM; and PATRICK JONGWON CHANG, | |
| Counter-Claimants, | |
| v. | *Action Filed: December 13, 2017* |
| MOSES CHOI; SOUTHEAST REGIONAL CENTER, LLC; SRC AJIN FUND I, LLC; SRC AJIN FUND II, LLC; SRC AJIN FUND III, LLC; SRC AJIN-WOOSHIN FUND IV, LLC and SRC AJIN-WOOSHIN FUND V, LLC, | |
| Counter-Defendants | |

16337.1:9828607.1                1                Case No. 2:17-cv-8958-CAS (AFMx)
[PROPOSED] ORDER

The Motion for Summary Judgment of Defendants and Counter-claimants pursuant to Federal Rule of Civil Procedure 56(the "Motion") came on for hearing on March 16, 2020 at 10:00 a.m. before the Hon. Christina A. Snyder, United States District Judge.  The Court having considered the Motion, all documents filed in support of the Motion, any opposition and replies thereto, and arguments at the time of hearing, if any, and being fully advised in the matter:

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED;

2. Plaintiffs' First Claim for Declaratory Relief is dismissed with prejudice;

3. Plaintiffs' Second Claim for Breach of Joint Venture Partnership Agreement is dismissed with prejudice

4. Plaintiffs' Third Claim for Enforcement of Rights Under the Revised Uniform Partnership Act is dismissed with prejudice;

5. Plaintiffs' Fourth Claim for Breach of Fiduciary Duty against 8th Bridge Capital, Inc. and Young Hun Kim is dismissed with prejudice;

6. Plaintiffs' Fifth Claim for Fraudulent Concealment against 8th Bridge Capital, Inc., and Young Hun Kim is dismissed with prejudice;

7. Plaintiffs' Sixth Claim for Constructive Fraud is dismissed with prejudice;

8. Plaintiffs' Seventh Claim for Conversion is dismissed with prejudice;

9. Plaintiffs' Tenth Claim for Judicial Dissolution is dismissed with prejudice;

10. Plaintiffs' Eleventh Claim for Breach of Contract to Form Joint Venture is dismissed with prejudice;

11. Plaintiffs' Twelfth Claim for Breach of Fiduciary Duty against Kim and 8th Bridge Inc. is dismissed with prejudice;

12. Plaintiffs' Thirteenth Claim for Promissory Estoppel is dismissed with

prejudice;

13. Plaintiffs' Fourteenth Claim for Violation of Bus & Prof. Code Section 17200 against Kim, 8th Bridge Inc. and 8th Bridge LLC is dismissed with prejudice; and

14. Plaintiffs' Fifteenth Claim for Accounting is dismissed with prejudice.

**SO ORDERED.**

DATE: _____      _____
                           HON. CHRISTINA A. SNYDER
                           UNITED STATES DISTRICT JUDGE