1  Gregg A. Rapoport (SBN 136941)
   John G. McCarthy (admitted *pro hac vice*)
2  Steven A. Vickery (admitted *pro hac vice*)
   SMITH, GAMBRELL & RUSSELL, LLP
3  444 South Flower Street, Suite 1700
   Los Angeles, CA 90071
4  Tel: (213) 358-7220
   Fax: (213) 478-0955
5  grapoport@sgrlaw.com

6  Attorneys for Plaintiffs and Counterdefendants (in the *Choi* action)
   MOSES CHOI and SOUTHEAST REGIONAL CENTER, LLC and
7  Counterdefendants SRC AJIN FUND I, LLC, SRC AJIN FUND II, LLC, SRC
   AJIN FUND III, LLC, SRC AJIN-WOOSHIN FUND IV, LLC and SRC AJIN-
8  WOOSHIN FUND V, LLC and

9  Attorneys for Third Party Defendants and Counterclaimants
10 MOSES CHOI and SOUTHEAST REGIONAL CENTER, LLC
   (in the *Corbrus* action)
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSES CHOI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; et al.,<br><br>Defendants. | Case Nos.<br>2:17-CV-08958-CAS (AFMx)<br>2:19-CV-10182-CAS (AFMx)<br><br>**NOTICE OF SETTLEMENT** |
| CORBRUS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; et al.,<br><br>Defendants, | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that the following parties to the above consolidated actions have reached a settlement and anticipate finalizing the settlement and filing stipulations to dismiss their claims in these actions with prejudice no later than August 16, 2021, with the Court retaining jurisdiction to enforce the terms of settlement:

All parties to the *Choi* action (2:17-cv-08958).

The following parties to the *Corbrus* action (2:19-cv-10182):

Young Hun Kim

8th Bridge Capital, Inc.

8th Bridge Capital, LLC

Moses Choi

Southeast Regional Center, LLC

DATED:  June 21, 2021         SMITH, GAMBRELL & RUSSELL, LLP

By:   */s/ Gregg A. Rapoport*
Attorneys for Plaintiffs and Counterdefendants (in the *Choi* action) MOSES CHOI and SOUTHEAST REGIONAL CENTER, LLC and Counterdefendants SRC AJIN FUND I, LLC, SRC AJIN FUND II, LLC, SRC AJIN FUND III, LLC, SRC AJIN-WOOSHIN FUND IV, LLC and SRC AJIN-WOOSHIN FUND V, LLC and

Attorneys for Third Party Defendants and Counterclaimants MOSES CHOI and SOUTHEAST REGIONAL CENTER, LLC (in the *Corbrus* action)

## CERTIFICATE OF SERVICE

I, Gregg A. Rapoport, am over the age of 18 years and am not a party to this action. I am an attorney licensed to practice before the bar of this Court. Upon my oath, I hereby state that on the date set forth below, I caused the foregoing document to be filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, if any attorneys are not participating in electronic filing, they are identified below and have been mailed, via first-class postage, notice hereof on the date this document is being electronically filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2021, at Burbank, California.

*s/ Gregg A. Rapoport*
Gregg A. Rapoport