JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSES CHOI, an individual; and SOUTHEAST REGIONAL CENTER, LLC, a Georgia limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>8TH BRIDGE CAPITAL, INC., a California corporation; YOUNG HUN KIM, an individual; 8TH BRIDGE CAPITAL, LLC, a California limited liability company; MANHATTAN REAL ESTATE FUND GP, LLC, a Delaware limited liability company; MANHATTAN REAL ESTATE FUND, LP, a Delaware limited partnership; MANHATTAN REAL ESTATE FUND II, LP, a Delaware limited partnership; MANHATTAN REAL ESTATE EQUITY FUND, LP, a Delaware limited partnership; and PATRICK JONGWON CHANG, an individual.<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS | **Case No. 2:17-cv-8958-CAS(AFMx)**<br>*Hon. Christina A. Snyder*<br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Rule 41(a)(2), Fed. R. Civ. P.] |

**PURSUANT TO STIPULATION, IT IS ORDERED:**

This action is HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.  All parties shall bear their own costs.

This Court hereby retains jurisdiction to enforce the parties' Settlement Agreement and Release, as entered and/or referenced on the record on June 15, 2021.

SO ORDERED.

Dated:  July 20, 2021

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE